# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALKER, JOHN M | 2D CIRCUIT COURT OF APPEALS | 04/27/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US. CHIEF JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Court of Appeals<br>157 Church Street<br>New Haven, CT 06510 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Institute of Judicial Administration |
| 2. Past President | Federal Judges Association |
| 3. Director | U.S. Association of Constitutional Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M | 04/27/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Feb - Apr | Income as Visiting Lecturer, Yale Law School | $ 10,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Michigan Law School | March 30 - April 1 - Educational Program, Ann Arbor, Michigan (transportation, lodging, food) |
| 2. Common Good | June 27 - June 28 - Judges Conference, Phildadelphia, Pennsylvania (transportation, lodging, food) |
| 3. Bench Press | October 17 - October 18 - Symposium, Syracuse, New York (transportation, lodging, food) |
| 4. American Bar Association | November 10 - November 11 - International Rule of Law Program, Washington, DC (transportation, lodging, food) |
| 5. Advocates International | December 5 - December 12 - Tirana, Albania - Rule of Law Program (transportation, lodging, food) |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M | 04/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
**For:** Walker, Jr., John M.

## VII. Investments and Trusts

| Description of Assets | Income during reporting period — Amount Code (1) | Income during reporting period — Type (2) | Gross Value at end of reporting period — Value Code (1) | Gross Value at end of reporting period — Value Method (2) | Transactions during reporting period — Type (1) | Transactions during reporting period — Date: Month/day (2) | Transactions during reporting period — Value Code (3) | Transactions during reporting period — Gain Code (4) | Identity of buyer/seller if private trans (5) |
|---|---|---|---|---|---|---|---|---|---|
| **--COMMON STOCK--** | | | | | | | | | |
| AMERICAN INT'L GROUP | A | DIVIDEND | L | T | | | | | |
| AMGEN INC. | | None | K | T | | | | | |
| APOLLO GROUP | | None | K | T | | | | | |
| AUTO ZONE | | None | L | T | | | | | |
| BED BATH & BEYOND INC | | None | K | T | | | | | |
| BRIGHT HORIZON FAMILY SOLUTIONS INC | | None | J | T | | | | | |
| BRISTOL MYERS SQUIBB CO | A | DIVIDEND | | | SELL | 10/13 | K | | |
| CARDINAL HEALTH INC COM | A | DIVIDEND | K | T | | | | | |
| CHEVRON CORP | B | DIVIDEND | L | T | | | | | |
| CINTAS CORP. | | None | J | T | | | | | |
| CISCO SYST. INC | | None | L | T | | | | | |
| CITIGROUP INC | | None | | | BUY | 2/10 | L | | |
| | | | | | SELL | 3/29 | L | | |
| COGENT INC | | None | K | T | BUY | 4/15 | K | | |
| CURIS INC | | None | | | SELL | 5/10 | J | | |
| DELL INC | | None | | | SELL | 11/7 | L | B | |
| DIGENE CORP. | | None | K | T | BUY | 5/26 | J | | |
| EBAY | | None | K | T | BUY | 4/14 | J | | |
| EMC CORP. | | None | K | T | BUY | 7/20 | K | | |
| GENERAL ELECTRIC CO. | | None | J | T | | | | | |
| INTERNATIONAL BUSINESS MACHINES CORP | A | DIVIDEND | L | T | | | | | |
| INVITROGEN CORP. | | None | M | T | | | | | |
| L-3 COMMUNICATIONS HOLDINGS | A | DIVIDEND | | | SELL | 3/28 | K | D | |
| LOWES CO. INC. | A | DIVIDEND | L | T | BUY | 11/21 | K | | |
| LUKOIL | | None | K | T | BUY | 12/20 | K | | |

# FINANCIAL DISCLOSURE REPORT
For: Walker, Jr., John M.

## VII. Investments and Trusts

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| MEDTRONIC INC | A | DIVIDEND | L | T | | | | | |
| MICROSOFT CORP. | A | DIVIDEND | K | T | | | | | |
| MORGAN STANLEY DEAN WITTER | A | DIVIDEND | K | T | BUY | 9/19 | K | | |
| ODYSSEY HEALTHCARE | | None | K | T | | | | | |
| ORACLE CORPORATION | | None | K | T | | | | | |
| PEPSICO INC. | A | DIVIDEND | L | T | | | | | |
| RED HAT INC. COMPANY | | None | | | BUY | 5/25 | K | | |
| | | | | | SELL | 11/15 | L | E | |
| SASOL LTD ADR | | None | L | T | BUY | 11/15 | L | | |
| SMUCKER JM & CO | A | DIVIDEND | K | T | | | | | |
| UNITED SURGICAL PARTNERS | | None | L | T | | | | | |
| UNITEDHEALTH GROUP INC | A | DIVIDEND | L | T | | | | | |
| URSTADT BIDDLE PPT A | B | DIVIDEND | K | T | | | | | |
| VARIAN MEDICAL SYSTEMS | | None | L | T | | | | | |
| WAL MART STORES INC | B | DIVIDEND | M | T | | | | | |
| WALGREEN CO. | A | DIVIDEND | L | T | | | | | |
| WASHINGTON MUTUAL | A | DIVIDEND | K | T | | | | | |
| WHOLE FOODS MKT INC | A | DIVIDEND | M | T | BUY | 5/6 | K | | |
| | | | | | Partial Sale | 4/7 | K | E | |
| *--CASH & EQUIVALENTS--* | | | | | | | | | |
| ALLIANCEBERNSTEIN INSTITUTIONAL B | C | DIVIDEND | J | T | | | | | |
| PERSHING GOVERNMENT ACCOUNT | | None | M | T | | | | | |
| PRIME MANAGEMENT OBLIGATIONS CAP. | D | DIVIDEND | M | T | | | | | |
| *--CORPORATE BONDS--* | | | | | | | | | |
| HOUSEHOLD FINANCE | C | INTEREST | L | T | | | | | |

# FINANCIAL DISCLOSURE REPORT

**For:** Walker, Jr., John M.

## VII. Investments and Trusts

| A | B (1) | B (2) | C (1) | C (2) | D (1) | D (2) | D (3) | D (4) | D (5) |
|---|---|---|---|---|---|---|---|---|---|
| | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | If not exempt from disclosure | | | |
| | | | | | | | | | Identity of |
| Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | buyer/seller if private trans |
| WALMART STORES | A | INTEREST | | | SELL | 6/15 | K | A | |
| **--BANK ACCOUNTS--** | | | | | | | | | |
| BANK OF AMERICA | A | INTEREST | K | T | | | | | |
| CITIBANK | A | INTEREST | J | T | | | | | |
| PEOPLES BANK | A | INTEREST | J | T | | | | | |
| **--OTHER INVESTMENTS--** | | | | | | | | | |
| RESIDENTIAL RENTAL, LEW BEACH NY | E | RENT | O | S | | | | | |
| Assessed Value: $605,000 | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M | 04/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _5-4-06_____

NOTE: ANY IND................................WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL.................................04)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544